**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF G.A.S., JR. | : | No. 186 WAL 2022 |
| | : | |
| | : | |
| PETITION OF: G.S., SR., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF A.M.S. | : | No. 187 WAL 2022 |
| | : | |
| | : | |
| PETITION OF: G.S., SR., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.